IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **TERESA L. HAMMITT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 23-3069 |
| **COMMISSIONER OF SOCIAL SECURITY** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Karen McNaught (d/e 14).  Magistrate Judge McNaught recommends that the Court: (1) affirm the Administrative Law Judge's decision denying benefits to Plaintiff Teresa L. Hammitt and (2) judgment be entered in favor of the Commissioner.

Objections to the Report and Recommendations were due on or before November 19, 2024.  Neither party filed objections.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written

objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error. <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, and the parties' motions and memoranda, as well as the applicable law, the Court finds no clear error in Magistrate Judge McNaught's Report and Recommendation.

Therefore, it is ORDERED:

**(1)  The Report and Recommendation of United States Magistrate Judge McNaught (d/e 14) is ACCEPTED and ADOPTED.**

**(2)  The decision of the Commissioner is AFFIRMED.**

**(3)  Judgment SHALL be entered in favor of the Commissioner.**

**(4)  THIS CASE IS CLOSED.**

**ENTERED: November 20, 2024.**

*/s/ Sue E. Myerscough*
**SUE E. MYERSCOUGH**
**UNITED STATES DISTRICT JUDGE**